pany of New York, Appellant.—Judgment affirmed, with costs. See opinion of Foote, J., on former appeal in same case, reported at 151 Appellate Division, 264. All concurred; Merrell, J., not sitting.

Mary M. Woodworth, Respondent, v. John J. McGuire, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, 1. That there was not sufficient evidence to justify a finding by the jury that the defendant acknowledged an indebtedness to the plaintiff and promised in writing to pay the same. 2. That under the proof and circumstances of the case the defendant was entitled to have the jury instructed, as requested, that if the jury "find that the $25 check was not a payment upon this indebtedness, the plaintiff cannot recover," and that the exception taken to the refusal of the court to so charge presents a reversible error. All concurred.

John H. Reichle, Respondent, v. Whitney G. Case, Impleaded with Bayard Mining and Leasing Company, Appellant.— Judgment affirmed, with costs. All concurred.

John H. Reichle, Respondent, v. Frank B. Hower, Impleaded with Bayard Mining and Leasing Company, Appellant.— Judgment affirmed, with costs. All concurred.

William J. Blacklock, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Kate Setera, as Administratrix, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Travelers Insurance Company, Plaintiff, v. Nicholas L. Brayer and William M. Albaugh, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

The Williams Patent Crusher and Pulverizer Company, Appellant, Respondent, v. Lyth Tile Company, Respondent, Appellant.— Order affirmed, without costs. All concurred.

Frank Hartney, Respondent, v. International Railway Company and Crosstown Street Railway Company of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred.

Frank Allenza, as Administrator, etc., Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Saunders P. Jones and Another, Respondents, v. Max A. Lange, Appellant, Impleaded, etc.— Judgment affirmed, with costs. All concurred.

John Victor Clarke and Copley Clarke, Respondents, v. Lucile C. Becker, Individually and as Administratrix, etc., and Others, Appellants, Impleaded with Edward J. Lewis, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

John Victor Clarke and Copley Clarke, Respondents, v. Lucile C. Becker, Individually and as Administratix, etc., and Others, Appellants, Impleaded with Edward J. Lewis, Respondent, and Another, Defendant.